IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTORIA EVANOFF, as Administrator of the ESTATE OF JOHN EVANOFF, DECEASED<br>    Plaintiff,<br><br>vs.<br><br>MARSH USA, LLC,<br><br>THERESE PERRETTE, and<br><br>JOHN DOE DEFENDANTS # 1-2<br>    Defendants. | CIVIL ACTION<br><br>No. 5:23-cv-03417-JFL |

## ORDER

**AND NOW**, this _____ day of _____, 2024, upon consideration of Defendants Marsh USA, LLC and Therese Perrette's (together, "Defendants") *Daubert* Motion to Exclude the Expert Report and Testimony of Plaintiff's Expert BobbiJo Curley, CSP ("*Daubert* Motion"), and any response thereto, **IT IS ORDERED** that:

1. Defendants' *Daubert* Motion is **GRANTED**; and

2. Plaintiff is **PRECLUDED** from introducing the expert report or testimony of BobbiJo Curley, CSP in evidence.

BY THE COURT:

_____
JOSEPH F. LEESON, JR.
United States District Judge