# Exhibit C

| | |
|---|---|
| **BOBBIJO CURLEY** | Denver, CO<br>Bobbijo.curley@gmail.com<br>720.291.0446 |

| | |
|---|---|
| SUMMARY | Process-oriented Safety and Quality Assurance professional devoted to developing, implementing, and improving environment, safety, health and quality programs to improve efficiency and effectiveness of management systems. Demonstrated team leader with 10 years' experience of assessments, accident investigations, data analysis, performance measurement, process improvement, root cause analysis, and corrective action management. Excellent at managing simultaneous projects and teams and meeting regulatory deadlines. Background experience in academic, clinical, research, and Department of Energy laboratory operations. |
| SKILLS & ABILITIES | ✓ Accident investigation<br>✓ Assessment planning, conduct, analysis, and delivery<br>✓ Continuous process improvement<br>✓ Corrective action development and management<br>✓ Data analysis (trending, metrics, key performance indicators, dashboards)<br>✓ Department of Energy regulations and National Laboratory operations<br>✓ Lessons learned development<br>✓ OSHA standards, Federal regulations, and compliance<br>✓ Program and procedure development and implementation<br>✓ Root cause analysis<br>✓ Strong oral and written communication skills<br>✓ Team building and relationship building<br>✓ Training development and delivery<br>✓ Experienced in Microsoft applications including SharePoint and Teams |
| CERTIFICATIONS | Certified Safety Professional (2016, BCSP)<br>Certified Quality Improvement Associate (2021, ASQ) |
| EXPERIENCE | **NATIONAL RENEWABLE ENERGY LABORATORY, GOLDEN, CO**<br>ASSESSMENT PROGRAM MANAGER / APR 2021 - PRESENT<br>✓ Managed and oversaw implementation of Laboratory-wide assessment program as part of contractor assurance system, representing and prioritizing the service-oriented mission of the program and the value that assessments can bring to the organization.<br>✓ Led teams in the planning, conduct, analysis, and delivery of performance- and compliance-oriented management and independent assessments; identified value-added strengths, noncompliances, and recommendations for the assessed organization; and interfaced with all levels of staff, management, and DOE participants and stakeholders.<br>✓ Coordinated with senior management across the laboratory to identify required and risk-based assessment topics and develop annual assessment schedule; doubled the number of planned assessments on the annual schedule, reflecting an improvement in the perception of the value of assessments.<br>✓ Developed and implemented intensive hands-on lead assessor qualification "boot camp" program to provide practical assessment experience to staff from multiple departments. |

Evanoff_02756

## EXPERIENCE

**NATIONAL RENEWABLE ENERGY LABORATORY, GOLDEN, CO**

ACCIDENT INVESTIGATION PROGRAM MANAGER / APR 2014 – APR 2021

- Developed and implemented mature and efficient event investigation program, including training, mentoring, and qualifying a core team of investigators; developing and delivering program training to lab-wide audiences; developing and improving program metrics and documentation; and improving related issues management, cause analysis, and corrective action processes.
- Facilitated 100 event investigations as independent investigator, including: conducting interviews; identifying, collecting, and reviewing documentary evidence and requirements; synthesizing information into objective, effective reports; and leading root cause analysis and corrective action planning with diverse, cross-functional teams comprising multiple stakeholders.
- Led multiple office-wide and lab-wide programmatic root cause and common cause analyses.
- Ensured process timelines and deliverables were met and stakeholder concurrence obtained. Communicated and collaborated with all levels of staff and management (DOE and NREL) regarding program initiatives and investigation outcomes.
- Awarded NREL Chairman's Award in 2015 for leading the investigation and cause analysis into recurring High Performance Computing Data Center power failures.

COMPLIANCE ASSURANCE SPECIALIST / MAY 2012 – APR 2014

- Developed, managed, and implemented regulatory worker safety and health compliance assurance program in accordance with DOE guidelines and best practices from other DOE labs, including establishment of a senior manager review board.
- Managed the screening, classification, tracking, trending, and regulatory reporting of occurrences, injuries, and safety and health noncompliances.
- Developed and managed program-level and office-level key performance indicators and metrics dashboards, including process for quarterly trend analysis.
- Managed and implemented environment, safety and health employee concern and injury and illness recordkeeping programs.
- Developed written programs, procedures, web pages, and trainings to support management and communication of processes and requirements.
- Awarded NREL President's Award in 2013 for the development and implementation of NREL's Worker Safety and Health Regulatory Compliance Assurance Program.

## EDUCATION

MS Environmental Science and Engineering, Colorado School of Mines, 2010
MS Biology, University of Colorado Denver, 2009

## TRAINING

- ISO 45001 OHSMS Auditing (2023, American Society of Safety Professionals)
- Corrective Actions (2021, American Society of Quality)
- FMEA for Beginners (2020, American Society of Quality)
- Quality 101 (2020, American Society of Quality)
- Root Cause Analysis / HPI (2014, 2017; JETS Consulting)
- Cause Mapping (2016, ThinkReliability)
- 16 hour Accident Investigation (2016, American Society of Safety Professionals)
- ISO Management System Lead Auditor Training (2015, Cavendish Scott)
- 40 hour Accident Investigation Workshop (2014, Department of Energy)

Evanoff_02757