# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTORIA EVANOFF, as Administrator of the ESTATE OF JOHN EVANOFF, DECEASED | : : : : | CIVIL ACTION<br><br>No. 5:23-cv-03417-JFL |
| Plaintiff, | : : | |
| vs. | : : | |
| MARSH USA, LLC, | : : | |
| THERESE PERRETTE, and | : : | |
| JOHN DOE DEFENDANTS # 1-2 | : : | |
| Defendants. | : | |

## NOTICE OF APPEARANCE

TO THE CLERK:

    Kindly enter my appearance as co-counsel of record for Defendants Marsh USA, LLC and Therese Perrette.

Respectfully submitted,

Date: March 29, 2024

**GOLDBERG SEGALLA LLP**

*/s/ Joseph Ross, Esq.*
Michael P. Luongo, Esq. (PA I.D. No. 311948)
Robert M. Hanlon, Jr., Esq. (PA ID No. 207899)
Joseph Ross, Eq. (PA ID No. 318039)
1700 Market Street, Suite 1418
Philadelphia, PA 19103
T: 267.519.6852
F: 267.519.6801
mluongo@goldbergsegalla.com
rhanlonjr@goldbergsegalla.com
jross@goldbergsegalla.com

*Attorneys for Defendants*
*Marsh USA, LLC and Therese Perrette*

1

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on the date below a true and correct copy of the foregoing Notice of Appearance was served upon all counsel of record via ECF and email.

                                                  */s/ Joseph Ross*
                                                  Joseph Ross, Esquire

Dated: March 29, 2024