IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTORIA EVANOFF, as Administrator of the ESTATE OF JOHN EVANOFF, DECEASED | : : : | CIVIL ACTION |
| Plaintiff, | : : | No. 5:23-cv-03417-JFL |
| vs. | : : | |
| MARSH USA, LLC, | : : | |
| THERESE PERRETTE, and | : : | |
| JOHN DOE DEFENDANTS # 1-2 | : : | |
| Defendants. | : : | |

## ORDER

**AND NOW**, this \_\_\_\_\_ day of _____, 2024, upon consideration of Defendants Marsh USA, LLC and Therese Perrette's (together, "Defendants") Motion to Bifurcate Trial Into Separate Liability and Damages Phases ("Motion to Bifurcate"), and Plaintiff Victoria Evanoff's opposition thereto, **IT IS ORDERED THAT** Defendants' Motion to Bifurcate is **GRANTED**.

**IT IS FURTHER ORDERED THAT** any trial of this matter shall be **BIFURCATED** into a separate liability phase ("Phase One Trial") and damages phase ("Phase Two Trial"), as follows:

1. The Phase One Trial will focus on issues of liability. Plaintiff and the Parties' economic damages expert witnesses shall not testify in the Phase One Trial. At the end of the Phase One Trial, the jury will deliberate and deliver its verdict on liability. If the jury enters a verdict in favor of Defendants and against Plaintiff on liability, the trial will be over. If the jury enters a verdict in favor of Plaintiff and against Defendants on liability, the Phase Two Trial will commence shortly thereafter before the same jury.

2. The Phase Two Trial will focus on the amount of Plaintiff's damages. During the Phase Two Trial, Plaintiff and the Parties' economic damages experts may be called to testify. At the end of the Phase Two Trial, the jury will deliberate and deliver its verdict on the amount of damages to be awarded to Plaintiff, at which time the jury will be dismissed.

        BY THE COURT:

        _____
        JOSEPH F. LEESON, JR.
        United States District Judge