# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTORIA EVANOFF, as Administrator of the ESTATE OF JOHN EVANOFF, DECEASED | : : : | CIVIL ACTION |
| Plaintiff, | : : | No. 5:23-cv-03417-JFL |
| vs. | : : | |
| MARSH USA, LLC, | : : | |
| THERESE PERRETTE, and | : : | |
| JOHN DOE DEFENDANTS # 1-2 | : : | |
| Defendants. | : : | |

## ORDER

**AND NOW**, this _____ day of _____, 2024, upon consideration of Defendants Marsh USA, LLC and Therese Perrette's (together, "Defendants") Motion *in Limine* to Exclude Evidence, Testimony, and Argument Regarding Occupational Safety and Health Administration's ("OSHA") Investigation, Citation of, and Settlement with East Penn Manufacturing Company ("East Penn"), and Plaintiff Victoria Evanoff's opposition thereto, **IT IS ORDERED THAT** Defendants' Motion *in Limine* is **GRANTED**.

**IT IS FURTHER ORDERED THAT** evidence, argument, and testimony regarding OSHA's investigation, citations, and settlement with East Penn are excluded at trial.

BY THE COURT:

_____
JOSEPH F. LEESON, JR.
United States District Judge