# Exhibit 2

U.S. DEPARTMENT OF LABOR
OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION

In the Matter of:   East Penn Manufacturing Company, Inc.
OSHA No.(s):        1518156

### INFORMAL SETTLEMENT AGREEMENT

The undersigned Employer and the undersigned Occupational Safety and Health Administration (OSHA), in settlement of the above citation(s) and penalties which were issued on August 20, 2021, hereby agree as follows:

1. The Employer agrees to correct the violations as cited in the above citations or as amended below.

2. The Employer agrees to pay the proposed penalties, as amended below.

3. The Employer agrees to pay the proposed penalties as issued with the above citation(s), or, if amended by this agreement, as amended below. Such penalty is to be remitted according to the payment schedule indicated in this settlement agreement. If payment is not received in accordance with this schedule, after the expiration of a 15-day grace period OSHA may, at its discretion, declare the penalty reduction to be null and void, in which case the original penalties (minus any payments already made) will become payable immediately. If OSHA exercises its discretion to declare the penalty reduction null and void, it must do so by giving written notice to the employer no less than 30 days of the date on which the 15-day grace period expired. OSHA agrees that the following citations and penalties are being amended as shown below:

**NEW PENALTY: $15,000.00\*\***

**The due date for all open abatements will be extended to September 30, 2021. The Employer is to abate each violation on Kettle 7 by that date.**

4. The Employer, by signing this Informal Settlement Agreement, hereby waives its rights to contest the above citation(s) and penalties, as amended above.

5. Each party agrees to bear its own attorneys' fees, costs and other expenses incurred by such party in connection with any stages of this proceeding including, but not limited to, attorney's fees and costs which may be available under the Equal Access to Justice Act, as amended.

6. The Employer agrees to immediately post a copy of this Settlement Agreement in a prominent place at or near the location of the violation(s) referred to above. This Settlement Agreement must remain posted until the violations cited have been corrected, or for 3 working days (excluding weekends and Federal Holidays), whichever is longer.

7. The Employer shall comply with Section 11(c) of the OSH Act, 29 U.S.C. § 660(c), and shall not discharge or in any manner discriminate against any employee because the employee has exercised (or intends to exercise), on behalf of himself or others, any right afforded by the Act, including but not limited to filing

1

an OSHA complaint, instituting a proceeding under or related to the Act, or testifying in a proceeding under or related to the Act.

8. In accordance with 29 C.F.R. 1903.19(c), within ten (10) calendar days after the abatement date, respondent shall certify to the Occupational Safety and Health Administration's (OSHA) Harrisburg Area Office that each citation has been abated.

9. The Employer agrees to continue to comply with the applicable provisions of the Occupational Safety and Health Act of 1970, and the applicable safety and health standards promulgated pursuant to the Act.

10. None of the foregoing agreements, stipulations, or actions taken by respondent shall be deemed an admission by respondent of any of the allegations contained in the citation or otherwise admissible before any administrative, judicial or other authority by any party other than the United States Government. The agreements, statements, stipulations, findings and actions herein are made solely for the purpose of settling this matter economically and amicably without further litigation and shall not be used for any purpose except for proceedings and matters arising under the Act.

11. The Employer will pay the amended penalty of **$15,000.00**\*\* in full within 30 days of the execution date of this settlement. Check or money order will be made payable to "DOL-OSHA". The Inspection Number shall be entered on the remittance. Check shall be mailed to the Occupational Safety and Health Administration, Harrisburg Area Office, 43 Kline Village, Harrisburg, PA, 17104. Alternatively, payment may be made electronically at www.pay.gov.

_____  
For the Employer

Kevin T. Chambers  
Digitally signed by Kevin T. Chambers  
Date: 2021.09.09 15:14:10 -04'00'

For the Occupational Safety and Health Administration  
Kevin T. Chambers, Area Director

09/09/2021  
Date

September 9, 2021  
Date

## NOTICE TO EMPLOYEES

The law gives you or your representative the opportunity to object to any abatement date set for a violation if you believe the date to be unreasonable. Any contest to the abatement dates of the citations amended above must be mailed to the U.S. Department of Labor – OSHA, Harrisburg Area Office, 43 Kline Village, Harrisburg, PA 17104, within 15 working days (excluding weekends and Federal Holidays) of the receipt by the Employer of this Settlement Agreement. You or your representative also have the right to object to any of the abatement dates set for violations, which were not amended, provided that the objection is mailed to the office shown above within the 15-working-day period established by the original citation.

East Penn 055