IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTORIA EVANOFF, as Administrator of the ESTATE OF JOHN EVANOFF, DECEASED<br>          Plaintiff,<br><br>vs.<br><br>MARSH USA, LLC,<br><br>THERESE PERRETTE, and<br><br>JOHN DOE DEFENDANTS # 1-2<br>          Defendants. | : CIVIL ACTION<br>:<br>: No. 5:23-cv-03417-JFL<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW**, this _____ day of _____, 2024, upon consideration of Defendants Marsh USA, LLC and Therese Perrette's (together, "Defendants") Motion *in Limine* to Exclude Evidence, Testimony, And Argument Regarding Potential Indemnification by East Penn Manufacturing Company ("East Penn") and the Pennsylvania Workers' Compensation Act, and Plaintiff Victoria Evanoff's opposition thereto, **IT IS ORDERED THAT** Defendants' Motion *in Limine* is **GRANTED**.

**IT IS FURTHER ORDERED THAT** evidence, testimony, or argument regarding indemnity by East Penn and the Workers' Compensation Act is excluded at trial. The Parties shall redact the indemnity provision in the Statement of Work from the Parties Joint Trial Exhibits.

BY THE COURT:

_____
JOSEPH F. LEESON, JR.
United States District Judge