IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTORIA EVANOFF, as Administrator of the ESTATE OF JOHN EVANOFF, DECEASED | : : : | CIVIL ACTION |
| Plaintiff, | : : | No. 5:23-cv-03417-JFL |
| vs. | : : | |
| MARSH USA, LLC, THERESE PERRETTE, and JOHN DOE DEFENDANTS # 1-2 | : : : : | |
| Defendants. | : : | |

## ORDER

**AND NOW**, this _____ day of _____, 2024, upon consideration of Defendants Marsh USA, LLC and Therese Perrette's (together, "Defendants") Motion *in Limine* to Preclude Plaintiff from Asserting any Claim or Demand for Solatium Damages or Reference to Damages for "Emotional and Psychological Loss" at trial, and Plaintiff Victoria Evanoff's opposition thereto, **IT IS ORDERED THAT** Defendants' Motion *in Limine* is **GRANTED**.

**IT IS FURTHER ORDERED THAT** plaintiff may not recover solatium damages for alleged mental anguish, bereavement, or grief in connection with the death of Decedent, and that the phrase "emotional and psychological loss" shall be excluded at trial, including from the jury instructions and jury verdict form.

BY THE COURT:

_____
JOSEPH F. LEESON, JR.
United States District Judge