IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTORIA EVANOFF, as Administrator of the ESTATE OF JOHN EVANOFF, DECEASED : <br> Plaintiff, : <br>  : <br> vs. : <br>  : <br> MARSH USA, LLC, : <br>  : <br> THERESE PERRETTE, and : <br>  : <br> JOHN DOE DEFENDANTS # 1-2 : <br>  : <br> Defendants. : <br>  : | CIVIL ACTION <br><br> No. 5:23-cv-03417-JFL |

**DEFENDANTS' MOTION IN LIMINE TO
<u>EXCLUDE TESTIMONY AT TRIAL BY PLAINTIFF'S MINOR CHILD, G.E.</u>**

AND NOW, Defendants Marsh USA, LLC ("Marsh USA") and Therese Perrette (together, "Defendants"), by and through their undersigned counsel, Goldberg Segalla LLP, respectfully submit the within Motion *in Limine* to Exclude Testimony at Trial by G.E., the minor child of Plaintiff Victoria Evanoff and Decedent John Evanoff ("Decedent").

A Brief, Exhibits, and Proposed Order are being filed herewith and are incorporated herein by reference.

WHEREFORE, Defendants respectfully request that the Court enter Order, substantially in the form appended hereto, granting Defendants' Motion *in Limine* to Exclude Testimony at Trial by G.E.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: April 9, 2024 | **GOLDBERG SEGALLA LLP** |
|  | <u>/s/ Michael P. Luongo</u><br>Michael P. Luongo, Esq. (PA I.D. No. 311948)<br>Robert M. Hanlon, Esq. (PA I.D. No. 207899)<br>Joseph Ross, Esq. (PA I.D. No. 318039)<br>1700 Market Street, Suite 1418<br>Philadelphia, PA 19103<br>T: 267.519.6852<br>F: 267.519.6801<br>mluongo@goldbergsegalla.com<br>rhanlonjr@goldbergsegalla.com<br>jross@goldbergsegalla.com<br><br>*Attorneys for Defendants*<br>*Marsh USA, LLC and Therese Perrette* |

2

**CERTIFICATE OF NON-CONCURRENCE**

I, Michael P. Luongo, Esq., hereby certify that I contacted counsel for Plaintiff regarding possible concurrence with Defendants' Motion *in Limine* and that Plaintiff's counsel did not concur with Defendants' Motion.

*s/ Michael Luongo*
Michael P. Luongo, Esq.

Dated: April 9, 2024

4

## CERTIFICATE OF SERVICE

I, Michael P. Luongo, Esq., hereby certify that a true and correct copy of the forgoing Motion *in Limine* was served on all counsel of record via ECF on the date below.

                                                                *s/ Michael Luongo*
                                                                Michael P. Luongo, Esq.

Dated: April 9, 2024