IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTORIA EVANOFF, as Administrator of the ESTATE OF JOHN EVANOFF, DECEASED : <br>            Plaintiff, <br> vs. <br> MARSH USA, LLC, <br> THERESE PERRETTE, and <br> JOHN DOE DEFENDANTS # 1-2 <br>            Defendants. | CIVIL ACTION <br><br> No. 5:23-cv-03417-JFL |

## ORDER

**AND NOW**, this _____ day of _____, 2024, upon consideration of Defendants Marsh USA, LLC and Therese Perrette's (together, "Defendants") Motion *in Limine* to Exclude Any Claim, Award, or Evidence of Punitive Damages at Trial, Including Defendants' Wealth, Size, or Financial Condition, and Plaintiff Victoria Evanoff's opposition thereto, **IT IS ORDERED THAT** Defendants' Motion *in Limine* is **GRANTED**.

**IT IS FURTHER ORDERED THAT** any claim, award, or evidence of punitive damages is excluded at trial, including any evidence of Defendants' wealth, size, or financial condition.

BY THE COURT:

_____
JOSEPH F. LEESON, JR.
United States District Judge