UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTORIA EVANOFF, *AS ADMINISTRATOR OF THE ESTATE OF JOHN EVANOFF, DECEASED*,<br>　　　　　Plaintiff,<br><br>　　　v.<br><br>MARSH USA, LLC, THERESE PERRETTE, and JOHN DOE DEFENDANTS #1-2<br>　　　　　Defendants. | No. 5:23-cv-3417 |

## O R D E R

**AND NOW**, this 11th day of April, 2024, **IT IS HEREBY ORDERED:** Plaintiff shall identify defendants John Doe 1 and John Doe 2 **on or before April 19, 2024**.[1]  Failure to identify these defendants may result in the Court dismissing them as parties from this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] When an unnamed defendant is not identified or served "within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m).  *See also Miller v. Doe,* No. 1:16-CV-01611, 2016 WL 6780705, at *3 n. 4 (M.D. Pa. Nov. 16, 2016) ("It is well-settled that the use of John/Jane Doe defendants absent compelling reasons will not suffice and the district court may dismiss such defendants if plaintiff, after being granted a reasonable period of discovery, fails to identify the defendants.").