## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTORIA EVANOFF, as Administrator of the ESTATE OF JOHN EVANOFF, DECEASED  :  Plaintiff, : : vs. : MARSH USA, LLC, THERESE PERRETTE, and JOHN DOE DEFENDANTS # 1-2 : : Defendants. : | CIVIL ACTION  No. 5:23-cv-03417-JFL |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
### OF DEFENDANT THERESE PERETTE ONLY
### PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Victoria Evanoff, as Administrator of the Estate of John Evanoff, deceased, and Defendants Marsh USA, LLC and Therese Perrette (individually, a "Party"; collectively the "Parties"), by and through their undersigned counsel, that the above-captioned action is hereby DISMISSED WITH PREJUDICE as to Defendant Therese Perrette only, and without attorneys' fees or costs to any Party.

STIPULATED AND AGREED on this 11th day of April, 2024.

**ANAPOL WEISS**                                              **GOLDBERG SEGALLA LLP**

*/s/ Sol H. Weiss*                                                   */s/ Michael P. Luongo*
Sol H. Weiss, Esq. (PA ID No. 15925)                 Michael P. Luongo, Esq. (PA I.D. No. 311948)
Gabrielle I. Weiss, Esq. (PA ID No. 325890)      Robert M. Hanlon, Esq. (PA I.D. No. 207899)
One Logan Square                                                  Joseph Ross, Esq. (PA I.D. No. 318039)
130 N. 18th Street, Suite 1600                              1700 Market Street, Suite 1418
Philadelphia, PA 19103                                          Philadelphia, PA 19103
T: 215.735.1130                                                     T: 267.519.6852
sweiss@anapolweiss.com                                     F: 267.519.6801

2

gweiss@anapolweiss.com

*Attorneys for Plaintiff*

mluongo@goldbergsegalla.com
rhanlonjr@goldbergsegalla.com
jross@goldbergsegalla.com

*Attorneys for Defendants*
*Marsh USA, LLC and Therese Perrette*

APPROVED AND SO ORDERED this  11th  day of         April         , 2024.

BY THE COURT:

 /s/ Joseph F. Leeson, Jr.
JOSEPH F. LEESON, JR.
United States District Judge