## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 16th day of April 2024, the foregoing Omnibus Response to

Defendant's Motions *in Limine* (ECF Nos. 36-41) was filed and made available via ECF to all

counsel of record.

Dated: April 16, 2024 **ANAPOL WEISS**

<u>*/s/ Sol H. Weiss*    </u>
Sol H. Weiss, Esquire
Gabrielle I. Weiss, Esquire
PA I.D. Nos. 15925 & 325890
One Logan Square
130 N. 18th Street – Suite 1600
Philadelphia, PA 19103
(215) 735-1130
sweiss@anapolweiss.com
gweiss@anapolweiss.com

*Attorney for Plaintiff, Victoria Evanoff, as
Administrator of the Estate of John Evanoff,
Deceased*