# ANAPOLWEISS

Sol H. Weiss, Esquire
One Logan Square
130 N. 18th Street, Suite 1600
Philadelphia, PA 19103
sweiss@anapolweiss.com
(215) 735-2098 Direct Dial
(215) 875-7701 Direct Fax

April 23, 2024

**VIA ELECTRONIC FILING**
The Honorable Joseph F. Leeson, Jr.
504 W. Hamilton Street
Suite 3401
Allentown, PA 18101

      **Re:** **Victoria Evanoff, as Administrator of the Estate of John Evanoff, Deceased v. Marsh USA, LLC – Civil Action No. 23-3417 JFL, United States District Court for the Eastern District of Pennsylvania**

Dear Judge Leeson,

    I am pleased to inform the Court that the Parties have agreed to settle the above-captioned wrongful death and survival case and anticipate filing a petition for Court approval within three weeks.

                                                  Respectfully yours,

                                                  Sol H. Weiss, Esq.

CC:    Gabrielle I. Weiss, Esq.
           Michael P. Luongo, Esq.
           Robert M. Hanlon, Jr., Esq.
           Magistrate Judge Pamela A. Carlos