**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| VICTORIA EVANOFF, as Administrator of the ESTATE OF JOHN EVANOFF, DECEASED<br>Plaintiff,<br><br>vs.<br><br>MARSH USA, LLC,<br><br>Defendant. | : | CIVIL ACTION<br><br>No. 5:23-cv-03417-JFL |

**STIPULATION AND ORDER THAT JOHN DOE DEFENDANTS #1 AND 2 ARE DISMISSED PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Victoria Evanoff, as Administrator of the Estate of John Evanoff, deceased, and Defendant Marsh USA, LLC (individually, a "Party"; collectively the "Parties"), by and through their undersigned counsel, that the above-captioned action is hereby DISMISSED WITH PREJUDICE as to John Doe Defendants #1 and 2 only, and without attorneys' fees or costs to any Party.

STIPULATED AND AGREED on this 16th day of April, 2024.

**ANAPOL WEISS**

*/s/ Sol H. Weiss*
Sol H. Weiss, Esq. (PA ID No. 15925)
Gabrielle I. Weiss, Esq. (PA ID No. 325890)
One Logan Square
130 N. 18th Street, Suite 1600
Philadelphia, PA 19103
T: 215.735.1130
sweiss@anapolweiss.com
gweiss@anapolweiss.com

*Attorneys for Plaintiff*

**GOLDBERG SEGALLA LLP**

*/s/ Michael P. Luongo*
Michael P. Luongo, Esq. (PA I.D. No. 311948)
Robert M. Hanlon, Esq. (PA I.D. No. 207899)
Joseph Ross, Esq. (PA I.D. No. 318039)
1700 Market Street, Suite 1418
Philadelphia, PA 19103
T: 267.519.6852
F: 267.519.6801
mluongo@goldbergsegalla.com
rhanlonjr@goldbergsegalla.com
jross@goldbergsegalla.com

*Attorneys for Defendant*
*Marsh USA, LLC*

APPROVED AND SO ORDERED this 24th day of April, 2024.

BY THE COURT:

/s/ Joseph F. Leeson, Jr.
JOSEPH F. LEESON, JR.
United States District Judge