UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTORIA EVANOFF, *as Administrator of the Estate of John Evanoff, Deceased,*<br>　　　　Plaintiff, | : <br> : <br> : <br> : <br> : | CIVIL ACTION |
| v. | : | 5:23-cv-3417 |
| MARSH USA, LLC,<br>　　　　Defendant. | : <br> : <br> : | |

# **O R D E R**

**AND NOW**, this 24th day of April, 2024, upon consideration of the letter dated April 23, 2024, ECF No. 49, which informs this Court that the parties have reached a settlement agreement of this wrongful death and survival case and intend to file a petition for the Court's approval within three weeks, it is hereby **ORDERED**:

1. All previously imposed deadlines in this case are **STAYED**.

2. The final pretrial conference scheduled for **Tuesday, April 30, 2024,** at **4:00 p.m.** has been **CANCELLED**.

3. The trial scheduled to commence on **Monday, May 6, 2024,** at **9:00 a.m.** has been **CANCELLED.**

4. The Court will reschedule the final pretrial conference and trial at a later date, if needed.

5. The parties are directed to file their petition for settlement approval **on or before May 15, 2024.**

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*　　　　　
JOSEPH F. LEESON, JR.
United States District Judge