# ANAPOLWEISS

Sol H. Weiss, Esquire
One Logan Square
130 N. 18th Street, Suite 1600
Philadelphia, PA 19103
sweiss@anapolweiss.com
(215) 735-2098 Direct Dial
(215) 875-7701 Direct Fax

May 15, 2024

**VIA ELECTRONIC FILING**
The Honorable Joseph F. Leeson, Jr.
504 W. Hamilton Street
Suite 3401
Allentown, PA 18101

    Re:    **Victoria Evanoff, as Administrator of the Estate of John Evanoff, Deceased v. Marsh USA, LLC – Civil Action No. 23-3417 JFL, United States District Court for the Eastern District of Pennsylvania**

Dear Judge Leeson,

    The Parties have made tremendous strides in reaching a settlement in the above-referenced case. The Settlement Agreement between the Parties has been fully executed, the Pennsylvania Department of Revenue has approved the proposed settlement allocation between Wrongful Death and Survival, and the Parties have agreed on a Petition for this Court's approval. The only outstanding issue at this time is the structured settlement proposal for Ms. Evanoff's minor child. She has retained Sage Settlement Consulting, who has prepared several options for Ms. Evanoff. We are diligently working through these options and hope to have a final proposal for this Court's consideration by the end of next week. Accordingly, Plaintiff respectfully requests that Your Honor grant the Parties a two-week extension, until May 29, 2024, to file their Petition for Settlement Approval with the Court.

    Respectfully yours,



Sol H. Weiss, Esq.

One Logan Square, 130 North 18th Street, Suite 1600, Philadelphia, PA 19103
8700 East Vista Bonita Dr., Suite 268, Scottsdale, AZ 85255   |   1040 Kings Highway North, Suite 304, Cherry Hill, NJ 08034
toll free: 866.735.2792   |   www.anapolweiss.com

cc:     Gabrielle I. Weiss, Esq.
        Michael P. Luongo, Esq.
        Robert M. Hanlon, Jr., Esq.
        Magistrate Judge Pamela A. Carlos