UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTORIA EVANOFF, *as Administrator of the Estate of John Evanoff, Deceased,*<br>　　　　　Plaintiff, | : : : : | |
| v. | : : | 5:23-cv-3417 |
| MARSH USA, LLC,<br>　　　　　Defendant. | : : | |

# O R D E R

**AND NOW**, this 16th day of May, 2024, upon consideration of the letter dated May 15, 2024, ECF No. 52, which informs this Court that the parties have reached great strides executing their settlement agreement of this wrongful death and survival case, but request a two-week extension to file a petition for this Court's approval in order to resolve one outstanding issue, it is hereby **ORDERED**:

1.　The request for an extension is **GRANTED**.

2.　The parties are directed to file their petition for settlement approval **on or before May 29, 2024.**

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　*/s/ Joseph F. Leeson, Jr.*
　　　　　　　　　　　　　　　　　　　　　JOSEPH F. LEESON, JR.
　　　　　　　　　　　　　　　　　　　　　United States District Judge