# ANAPOLWEISS

Sol H. Weiss, Esquire
One Logan Square
130 N. 18th Street, Suite 1600
Philadelphia, PA 19103
sweiss@anapolweiss.com
(215) 735-2098 Direct Dial
(215) 875-7701 Direct Fax

May 29, 2024

**VIA ELECTRONIC FILING**
The Honorable Joseph F. Leeson, Jr.
504 W. Hamilton Street
Suite 3401
Allentown, PA 18101

    Re:    **Victoria Evanoff, as Administrator of the Estate of John Evanoff, Deceased v. Marsh USA, LLC – Civil Action No. 23-3417 JFL, <u>United States District Court for the Eastern District of Pennsylvania</u>**

Dear Judge Leeson,

    We write with an update regarding the filing of the Petition for Settlement Approval. While we have continued to make great progress in finalizing the settlement, we are still finalizing the language to ensure that the structured settlement payments that both Victoria Evanoff and her minor child will receive complies with Internal Revenue Service requirements for tax-free settlement payments. We expect to finalize the language today. Defendant Marsh USA ("Marsh") will then need an opportunity to review and approve the language. We anticipate filing the petition by the week's end, but to avoid further extensions, Plaintiff respectfully requests that this Court grant the Parties until June 5, 2024 to file the necessary paperwork. We apologize for this delay and appreciate both the Court and Marsh's cooperation and patience as we finalize this settlement.

Respectfully yours,

*/s/ Sol H. Weiss*
Sol H. Weiss, Esq.

cc: Gabrielle I. Weiss, Esq.
 Michael P. Luongo, Esq.
 Robert M. Hanlon, Jr., Esq.
 Magistrate Judge Pamela A. Carlos