UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTORIA EVANOFF, *as Administrator of the Estate of John Evanoff, Deceased,* <br> Plaintiff, <br><br> v. <br><br> MARSH USA, LLC, <br> Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | 5:23-cv-3417 |

# O R D E R

**AND NOW**, this 30th day of May, 2024, upon consideration of the letter dated May 29, 2024, ECF No. 54, which informs this Court that the parties have continued to make great progress to finalize their settlement agreement of this wrongful death and survival case, but request a brief extension to file a petition for this Court's approval, it is hereby **ORDERED**:

1. The request for an extension is **GRANTED**.

2. The parties are directed to file their petition for settlement approval **on or before June 5, 2024.**

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge