# ANAPOLWEISS

Sol H. Weiss, Esquire
One Logan Square
130 N. 18th Street, Suite 1600
Philadelphia, PA 19103
sweiss@anapolweiss.com
(215) 735-2098 Direct Dial
(215) 875-7701 Direct Fax

June 5, 2024

**VIA ELECTRONIC FILING**
The Honorable Joseph F. Leeson, Jr.
504 W. Hamilton Street
Suite 3401
Allentown, PA 18101

      Re:    **Victoria Evanoff, as Administrator of the Estate of John Evanoff, Deceased v. Marsh USA, LLC – Civil Action No. 23-3417 JFL, United States District Court for the Eastern District of Pennsylvania**

Dear Judge Leeson,

      We write with an update regarding the filing of the Petition for Settlement Approval. The Parties have finalized the settlement documents. However, we are waiting for a signature from the representative of Marsh USA, LLC, who is out of the office until Tuesday, June 11, 2024. The Parties hope a representative will provide the signature sooner, but out of an abundance of caution, the Parties respectfully request that this Court grant the Parties until June 12, 2024 to file the necessary paperwork.

      Respectfully yours,

      */s/ Sol H. Weiss*
      Sol H. Weiss, Esq.

cc:    Gabrielle I. Weiss, Esq.
        Michael P. Luongo, Esq.
        Robert M. Hanlon, Jr., Esq.
        Magistrate Judge Pamela A. Carlos