UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTORIA EVANOFF, *as Administrator of the Estate of John Evanoff, Deceased,* | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | 5:23-cv-3417 |
| | : | |
| MARSH USA, LLC, | : | |
| Defendant. | : | |

# O R D E R

**AND NOW**, this 6th day of June, 2024, upon consideration of the letter dated June 5, 2024, ECF No. 54, which informs this Court that the parties have finalized all settlement documents in this case, but requests a brief extension to file a petition for this Court's approval because the parties are awaiting a signature from Defendant's representative, **IT IS HEREBY ORDERED**:

1. The request for an extension is **GRANTED**.

2. The parties are directed to file their petition for settlement approval **on or before June 12, 2024.**

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge