**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| VICTORIA EVANOFF, as Administrator of the ESTATE OF JOHN EVANOFF, DECEASED | : : : | CIVIL ACTION |
| Plaintiff, | : : | No. 5:23-cv-03417-JFL |
| vs. | : : | |
| MARSH USA, LLC, | : : | |
| Defendant. | : : | |

**JOINT MOTION FOR LEAVE TO FILE PETITION FOR APPROVAL OF SETTLEMENT UNDER SEAL**

AND NOW, Plaintiff, Victoria Evanoff, as Administrator of the Estate of John Evanoff, deceased, and Defendant, Marsh USA, LLC (collectively the "Parties"), by and through their undersigned counsel, submit the within Joint Motion for Leave to File Petition for Approval of Settlement Under Seal. A Brief, Exhibits, and Proposed Order are being filed herewith and are incorporated by reference.

WHEREFORE, the Parties respectfully request that the Court enter the Order, substantially in the form appended hereto, granting their Joint Motion for Leave to File Petition for Approval of Settlement Under Seal.

Dated: June 12, 2024

| | |
|---|---|
| **ANAPOL WEISS** | **GOLDBERG SEGALLA LLP** |
| | |
| */s/* Sol H. Weiss | */s/* Michael P. Luongo |
| Sol H. Weiss, Esq. (PA ID No. 15925) | Michael P. Luongo, Esq. (PA I.D. No. 311948) |
| Gabrielle I. Weiss, Esq. (PA ID No. 325890) | Robert M. Hanlon, Esq. (PA I.D. No. 207899) |
| One Logan Square | Joseph Ross, Esq. (PA I.D. No. 318039) |
| 130 N. 18th Street, Suite 1600 | 1700 Market Street, Suite 1418 |
| Philadelphia, PA 19103 | Philadelphia, PA 19103 |
| T: 215.735.1130 | T: 267.519.6852 |
| sweiss@anapolweiss.com | F: 267.519.6801 |
| gweiss@anapolweiss.com | mluongo@goldbergsegalla.com |
| | rhanlonjr@goldbergsegalla.com |
| *Attorneys for Plaintiff* | jross@goldbergsegalla.com |
| | |
| | *Attorneys for Defendant* |
| | *Marsh USA, LLC* |