**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| VICTORIA EVANOFF, as Administrator of the ESTATE OF JOHN EVANOFF, DECEASED | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | No. 5:23-cv-03417-JFL |
| | : | |
| vs. | : | |
| | : | |
| MARSH USA, LLC, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

**AND NOW**, this ____ day of _____, 2024, upon consideration of the Parties' Joint Motion for Leave to File Petition for Approval of Settlement Under Seal, it is hereby **ORDERED** that the Motion is **GRANTED** and the Clerk is instructed to docket the relevant documents consistent therewith.

_____

J.