**CERTIFICATE OF SERVICE**

 I hereby certify that on this 12th day of June, 2024, the foregoing Joint Motion for Leave to File Petition for Approval of Settlement Under Seal was filed and made available via ECF to all counsel of record.

Dated: June 12, 2024       **ANAPOL WEISS**

              */s/* Sol H. Weiss
              Sol H. Weiss, Esquire
              Gabrielle I. Weiss, Esquire
              PA I.D. Nos. 15925 & 325890
              Anapol Weiss
              One Logan Square
              130 N. 18th Street – Suite 1600
              Philadelphia, PA 19103
              (215) 735-1130
              sweiss@anapolweiss.com
              gweiss@anapolweiss.com

              *Attorney for Plaintiff, Victoria Evanoff, as Administrator of the Estate of John Evanoff, Deceased*