UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTORIA EVANOFF, *as Administrator of the Estate of John Evanoff, Deceased,* | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | 5:23-cv-3417 |
| | : | |
| MARSH USA, LLC, | : | |
| Defendant. | : | |

### **O R D E R**

**AND NOW**, this 24th day of June, 2024, upon consideration of notice from the parties that they have agreed to settle this matter, ECF No. 49, and therefore this case will not proceed to trial and the only matter remaining will be this Court's review of the proposed settlement agreement, it is hereby **ORDERED**:

1. The Motion for Summary Judgment, ECF No. 22, is **DISMISSED**;

2. The Motion to Bifurcate Trial, ECF No. 35, is **DISMISSED**;

3. The Motions in Limine, ECF Nos. 23, 36, 37, 38, 39, 40, & 41, are **DISMISSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge