# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTORIA EVANOFF, as Administrator of the ESTATE OF JOHN EVANOFF, DECEASED<br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>MARSH USA, LLC,<br><br>　　　　　　　　　Defendant. | : CIVIL ACTION<br>:<br>: No. 5:23-cv-03417<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Notice is hereby given that Gabrielle I. Weiss, Esquire withdraws her appearance as counsel for Plaintiff, Victoria Evanoff, as Administrator of the Estate of John Evanoff, Deceased in the above-captioned action. Attorney Sol H. Weiss, Esquire of Anapol Weiss will continue to represent the Plaintiff in this case.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: July 10, 2024　　　　　　　　　**ANAPOL WEISS**

　　　　　　　　　　　　　　　　　　　*/s/ Gabrielle I. Weiss*
　　　　　　　　　　　　　　　　　　　Gabrielle I. Weiss, Esquire
　　　　　　　　　　　　　　　　　　　PA I.D. No. 325890
　　　　　　　　　　　　　　　　　　　Anapol Weiss
　　　　　　　　　　　　　　　　　　　One Logan Square
　　　　　　　　　　　　　　　　　　　130 N. 18th Street – Suite 1600
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　　T: (215) 735-1130
　　　　　　　　　　　　　　　　　　　F: (215) 875-7701
　　　　　　　　　　　　　　　　　　　gweiss@anapolweiss.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 10th day of July 2024, the foregoing Notice of Withdrawal of Appearance was filed and made available via ECF to all counsel of record.

Dated: July 10, 2024         **ANAPOL WEISS**

              */s/ Gabrielle I. Weiss*
              Gabrielle I. Weiss, Esquire
              PA I.D. No. 325890
              One Logan Square
              130 N. 18th Street – Suite 1600
              Philadelphia, PA 19103
              (215) 735-1130
              gweiss@anapolweiss.com