UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTORIA EVANOFF, *as Administrator of the Estate of John Evanoff, Deceased,*<br>Plaintiff,<br><br>v.<br><br>MARSH USA, LLC,<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | 5:23-cv-3417 |

## O R D E R

**AND NOW**, this 21st day of August, 2024, upon consideration of the affidavit of counsel dated August 20, 2024, *see* ECF No. 65, which confirms that a restricted account was established for the minor G.E. in compliance with this Court's July 8, 2024 Order, *see* ECF No. 63, and considering that the settlement between Plaintiff, her minor child, and Defendant is now final, it is hereby

**ORDERED**:

1. The Complaint is **DISMISSED with prejudice** pursuant to the agreement of the parties.

2. This case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge